MJM/USAO 2018R00279

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 MAY -8 PM 5:11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. DKC-18-0279 |
| v. | * | |
| KEITH EDWARD TAYLOR, | * | (Distribution and Receipt of Child Pornography, 18 U.S.C. § 2252(a)(2); Transportation of Child Pornography, 18 U.S.C. § 2252(a)(1); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Aiding and Abetting, 18 U.S.C. § 2) |
| Defendant. | * | |

\*\*\*

## INDICTMENT

### COUNT ONE
(Distribution of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about December 3, 2017, in the District of Maryland, the defendant,

**KEITH EDWARD TAYLOR,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction is of such conduct, that is, the defendant distributed a video file titled "8555557.mp4" containing a video approximately five minutes and eleven seconds in length that depicts a prepubescent minor female naked from the waist down and an adult male rubbing his erect penis against the minor's vagina and then inserting his erect penis into the minor's anus.

18 U.S.C. §§ 2252(a)(2),(b)(1) and 2256
18 U.S.C. § 2

## COUNT TWO
### (Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 3, 2017, in the District of Maryland, the defendant,

**KEITH EDWARD TAYLOR,**

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction is of such conduct, that is, the defendant received an image depicting a prepubescent minor female and an adult male's hand holding his penis next to the minor's mouth.

18 U.S.C. §§ 2252(a)(2), (b)(1) and 2256
18 U.S.C. § 2

## COUNT THREE
### (Transportation of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On an unknown date between on or about June 4, 2012, and December 3, 2017, in the District of Maryland, the defendant,

**KEITH EDWARD TAYLOR,**

did knowingly transport using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, any visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction is of such conduct, that is, the defendant transported a video file titled "IMG_8836.mov" containing a video approximately fifty seconds in length that depicts a prepubescent female minor naked from the waist down and an adult male performing oral sex on the minor.

18 U.S.C. §§ 2252(a)(1),(b)(1) and 2256
18 U.S.C. § 2

## COUNT FOUR
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Between on or about June 4, 2012 and continuing through on or about December 3, 2017, in the District of Maryland, the defendant,

**KEITH EDWARD TAYLOR,**

did knowingly possess and knowingly access with intent to view any matter that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained twelve years of age and had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed within a cloud storage account one or more visual depictions of one or more minors, to include one or more prepubescent minors, engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) and 2256

18 U.S.C. § 2

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Counts One through Four of this Indictment are incorporated here.

2. As a result of the offenses set forth in Counts One through Four of the Indictment, the defendant,

**KEITH EDWARD TAYLOR,**

shall forfeit to the United States his interest in all property, real and personal, that was used and intended to be used to commit and to promote the commission of offenses in Counts One through Four, and any property traceable to such property.

18 U.S.C. §§ 2253 & 2428

*Robert K. Hur /MJM*
Robert K. Hur
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED        5·8·18
FOREPERSON               Date