MJM/USAO 2018R00279

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | **CRIMINAL NO. DKC-18-0279** |
| **v.** | * |
| | * |
| **KEITH EDWARD TAYLOR,** | * **(Production of Child Pornography,** |
| | * **18 U.S.C. § 2251(a); Distribution and** |
| **Defendant.** | * **Receipt of Child Pornography, 18 U.S.C.** |
| | * **§ 2252(a)(2); Transportation of Child** |
| | * **Pornography, 18 U.S.C. § 2252(a)(1);** |
| | * **Possession of Child Pornography, 18 U.S.C.** |
| | * **§ 2252A(a)(5)(B); Aiding and Abetting,** |
| | * **18 U.S.C. § 2; Forfeiture, 18 U.S.C. § 2253)** |
| | * |

***

### SUPERSEDING INDICTMENT

### COUNT ONE
### (Production of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about August 7, 2017, in the District of Maryland, the defendant,

### KEITH EDWARD TAYLOR,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually

explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of

producing any visual depiction of such conduct, knowing and having reason to know that such

visual depiction would be transported and transmitted using any means and facility of interstate

and foreign commerce, and such visual depiction was actually transported and transmitted using

any means and facility of interstate and foreign commerce, that is, the defendant persuaded,

induced, or enticed Victim 1, a male minor, to engage in actual or simulated masturbation and

lascivious exhibition of his penis for the purpose of producing images of such conduct, knowing

1

or having reason to know that such images would be transmitted via Kik Messenger, an instant messaging mobile software application.

18 U.S.C. §§ 2251(a), (e) and 2256
18 U.S.C. § 2

## COUNT TWO
**(Production of Child Pornography)**

The Grand Jury for the District of Maryland further charges that:

On or about August 30, 2017 and August 31, 2017, in the District of Maryland, the defendant,

### KEITH EDWARD TAYLOR,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce, that is, the defendant persuaded, induced, or enticed Victim 2, a male minor, to engage in actual or simulated masturbation and lascivious exhibition of his penis for the purpose of producing images of such conduct, knowing or having reason to know that such images would be transmitted via Kik Messenger, an instant messaging mobile software application.

18 U.S.C. §§ 2251(a), (e) and 2256
18 U.S.C. § 2

3

## COUNT THREE
### (Production of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about October 28, 2017, and October 29, 2017, in the District of Maryland, the defendant,

### KEITH EDWARD TAYLOR,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce, that is, the defendant persuaded, induced, or enticed Victim 3, a male minor, to engage in lascivious exhibition of his penis for the purpose of producing images of such conduct, knowing or having reason to know that such images would be transmitted via Kik Messenger, an instant messaging mobile software application.

18 U.S.C. §§ 2251(a), (e) and 2256
18 U.S.C. § 2

## COUNT FOUR
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about April 4, 2016, in the District of Maryland, the defendant,

## KEITH EDWARD TAYLOR,

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction is of such conduct, that is, the defendant distributed an image depicting a prepubescent female naked from the waist down and lying on her back with legs spread, exposing her genitalia.

18 U.S.C. §§ 2252(a)(2), (b)(1) and 2256
18 U.S.C. § 2

## COUNT FIVE
**(Possession of Child Pornography)**

The Grand Jury for the District of Maryland further charges that:

On or about September 21, 2017, in the District of Maryland, the defendant,

### KEITH EDWARD TAYLOR,

did knowingly possess, and knowingly access with intent to view, any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained twelve years of age and had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed within a cloud storage account provided by Mega one or more visual depictions of one or more minors, to include one or more prepubescent minors, engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) and 2256
18 U.S.C. § 2

## COUNT SIX
### (Transportation of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about November 29, 2017, in the District of Maryland, the defendant,

### KEITH EDWARD TAYLOR,

did knowingly transport using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, any visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction is of such conduct, that is, the defendant transported a video file titled "IMG_8836.mov" containing a video approximately fifty seconds in length that depicts a prepubescent female minor naked from the waist down and an adult male performing oral sex on the minor.

18 U.S.C. §§ 2252(a)(1), (b)(1) and 2256
18 U.S.C. § 2

## COUNT SEVEN
**(Possession of Child Pornography)**

The Grand Jury for the District of Maryland further charges that:

On or about November 29, 2017, in the District of Maryland, the defendant,

### KEITH EDWARD TAYLOR,

did knowingly possess, and knowingly access with intent to view, any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained twelve years of age and had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed within a cloud storage account provided by Dropbox one or more visual depictions of one or more minors, to include one or more prepubescent minors, engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) and 2256
18 U.S.C. § 2

## COUNT EIGHT
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about December 3, 2017, in the District of Maryland, the defendant,

### KEITH EDWARD TAYLOR,

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction is of such conduct, that is, the defendant distributed a video file titled "8555557.mp4" containing a video approximately five minutes and eleven seconds in length that depicts a prepubescent minor female naked from the waist down and an adult male rubbing his erect penis against the minor's vagina and then inserting his erect penis into the minor's anus.

18 U.S.C. §§ 2252(a)(2), (b)(1) and 2256
18 U.S.C. § 2

## COUNT NINE
### (Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 3, 2017, in the District of Maryland, the defendant,

### KEITH EDWARD TAYLOR,

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such depiction is of such conduct, that is, the defendant received an image depicting a prepubescent minor female and an adult male's hand holding his penis next to the minor's mouth.

18 U.S.C. §§ 2252(a)(2), (b)(1) and 2256
18 U.S.C. § 2

## COUNT TEN
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about December 6, 2017, in the District of Maryland, the defendant,

### KEITH EDWARD TAYLOR,

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained twelve years of age and had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed within a LG cellular telephone, a Compaq Presario laptop computer, and an Asus laptop computer, one or more visual depictions of one or more minors, to include one or more prepubescent minors, engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) and 2256
18 U.S.C. § 2

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1.      The allegations of Counts One through Ten of this Superseding Indictment are incorporated here.

2.      As a result of the offenses set forth in Counts One through Ten of the Superseding Indictment, the defendant,

### KEITH EDWARD TAYLOR,

shall forfeit to the United States his interest in all property, real and personal, that was used and intended to be used to commit and to promote the commission of offenses in Counts One through Ten, and any property traceable to such property, to include the following property seized on or about December 6, 2017:

> (a) LG cellular telephone, IMEI: 355140080696136;
> (b) Compaq Presario laptop computer, model: CQ60, s/n: 2CE0140M3V;
> (c) Asus laptop computer, model: X555L, s/n: F9N0CV608427397;
> (d) Samsung Galaxy Tablet 3, SM-T217S, 16GB;
> (e) 2GB microSD card with Sandisk adapter; and
> (f) PNY Premium SDHC 4GB SD card.

18 U.S.C. §§ 2253 & 2428

_Robert K. Hur /RSM_
Robert K. Hur
United States Attorney

A TRUE BILL

SIGNATURE REDACTED      7 24 / 8

FOREPERSON                Date

12