## ATTACHMENT A

## STIPULATION OF FACTS

The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.

The defendant, Keith Edward TAYLOR, age 33, is a resident of Kingsville, Maryland. While living in the State of Maryland in 2016 and 2017, TAYLOR engaged in the production, distribution, receipt, transportation, and possession of child pornography, as described below.

### I. Production of Child Pornography

In 2017, TAYLOR used the instant messaging software application Kik Messenger ("Kik") to engage in interstate and international communications with numerous minors under the username "whysoserious03." (The Kik app is provided by a company based in Canada.) During the course of the conversations via Kik, TAYLOR persuaded, induced, and enticed the minors to engage in sexually explicit conduct, to produce images of this conduct, and to send the images to TAYLOR. These images included videos and photos depicting the child victims engaged in lascivious exhibition of their genitals and masturbation.

The child victims were located in various regions of the United States and in foreign countries. TAYLOR was aware that the persons with whom he communicated were minors. He also had reason to know that the minors would use their cameras, cellular telephones, and Kik app to produce pornographic images of themselves and to transmit them to him. Excerpts of TAYLOR's communications with five child victims are summarized as follows:

### A. Victim-1

Male Victim-1 was a resident of the State of Texas. TAYLOR communicated with Victim-1 on August 7, 2017. TAYLOR asked Victim-1 his age, and he responded that he was age 15, but he was actually 14 years old. TAYLOR asked Victim-1 for an image of himself, and Victim-1 sent TAYLOR a photo of his face, to which TAYLOR responded that Victim-1 was "cute" and asked for more images. TAYLOR sent Victim-1 images of a female, falsely holding them out as images of himself. Victim-1 sent TAYLOR a photo of his stomach, and TAYLOR responded, "Thats hot." TAYLOR asked to "see more," and Victim-1 sent a close-up image of his erect penis. When Victim-1 asked for images of TAYLOR, TAYLOR stated, "Idk [I don't know]. Let me see a full body mirror pic of that cock." Victim-1 then sent a photo of his naked body taken in a mirror and showing Victim-1 holding his penis. TAYLOR directed the child to provide images of himself masturbating. Victim-1 complied and sent TAYLOR a video depicting a close-up view of himself masturbating.

1

### B. Victim-2

Male Victim-2 was a resident of the Commonwealth of Massachusetts. TAYLOR communicated with Victim-2 in August and September 2017, claiming to be a 30-year-old female named "Jackie." On August 5, 2017, when TAYLOR asked Victim-2 his age, Victim-2 stated that he was age 14, his true age at the time. Victim-2 sent TAYLOR two close-up photos of his erect penis, asking whether TAYLOR wanted to trade images. On August 30, Victim-2 sent TAYLOR a close-up photo of his erect penis and multiple videos of himself masturbating, while TAYLOR described in detail sexual acts he would perform on the child and encouraged the child to masturbate. On August 31, upon TAYLOR's request, Victim-2 continued to send TAYLOR close-up videos of himself masturbating. TAYLOR also requested a nude "full body mirror pic," which Victim-2 did not provide.

TAYLOR then requested images of females, and, on September 2, TAYLOR and Victim-2 began sending each other nude and pornographic images of unknown females of unknown age. TAYLOR falsely claimed that some of the images of females that he sent were of himself. TAYLOR directed Victim-2 to send him "thevyoungest [sic] you got." Victim-2 then sent TAYLOR multiple nude images of unknown females he claimed were ages 12 and 14.

### C. Victim-3

Male Victim-3 is a resident of Iowa. TAYLOR communicated with Victim-3 in October 2017, when Victim-3 was age 12. During the correspondence, TAYLOR referred to Victim-3 as a 13-year-old boy and referred to himself an older female. On October 6, TAYLOR stated, "Now I wanna see you," and Victim-3 responded with an image of his penis. TAYLOR discussed sex acts with Victim-3 in graphic detail, and Victim-3 eventually sent TAYLOR an image of himself handling his erect penis. TAYLOR continued discussing sex with Victim-3 on October 28 and eventually stated, "Show me that dick boy." Victim-3 responded with an image of himself handling his erect penis. TAYLOR then discussed sex acts he would perform on Victim-3, and the child sent him another image of himself handling his erect penis. On October 29, TAYLOR sent Victim-3 an image of an unknown female's genitalia, claiming that it was an image of himself. Victim-3 sent TAYLOR another image of himself handling his erect penis. When Victim-3 requested nude and pornographic images, TAYLOR provided nude images of the body of an unknown female of unknown age. TAYLOR continued discussing sex with Victim-3 and repeatedly noted to the child's age of 13.

### D. Victim-4

Male Victim-4 was a resident of the State of Michigan. TAYLOR communicated with Victim-4 in August and September 2017, when Victim-4 was 15 years old. On August 29, Victim-4 sent TAYLOR a close-up video of himself masturbating, and TAYLOR requested more images. When Victim-4 told TAYLOR that it was his turn to send "nudes" of himself, TAYLOR sent Victim-4 a close-up photo of an unknown female's genitalia. Victim-4 then sent TAYLOR a close-up photo of his penis. TAYLOR directed Victim-4 to "[t]ake a full body pic of [himself] standing in front of a mirror." After TAYLOR sent another pornographic image of an unknown female, Victim-4 complied with his request and sent a photo of his body taken in a mirror and

2

showing himself holding his penis. As Victim-4 continued to send close-up photos of his penis, TAYLOR began asking about his sister, such as her age and whether she was attractive. TAYLOR eventually directed Victim-4 to send nude images of himself to his sister and to entice and persuade his sister to send pornographic images of herself.

### E. Victim-5

Male Victim-5 was a resident of the State of Colorado. TAYLOR communicated with Victim-5 in September and October 2017. On September 2, 2017, TAYLOR asked Victim-5 his age, and he responded that he was age 15, although he was actually 13 years old at the time. TAYLOR falsely told Victim-5 that he was a 30-year-old female and sent Victim-5 a photo of a woman, falsely claiming that it was a photo of himself. Victim-5 sent TAYLOR a photo of his face, and TAYLOR responded that child was "cute." Upon TAYLOR's request, Victim-5 sent TAYLOR a close-up photo of his penis, to which TAYLOR responded, "Get it hard."

## II. Distribution and Receipt of Child Pornography

TAYLOR also used Kik to distribute and trade child pornography with adults. For example, on April 4, 2016, TAYLOR distributed an image of child pornography to a group of 33 other Kik users. The image depicts a prepubescent female wearing a yellow shirt and naked from the waist down. The child victim is lying on her back on a bed with her legs are spread, exposing her genitalia to the camera.

In December 2017, TAYLOR corresponded with another Kik user identified by the username "marine5283." The user of the "marine5283" account was later identified as an adult male J.W. On December 3, TAYLOR discussed trading child pornography with J.W., stating, "i like to trade. Dont usually sell." J.W. stated that he had "pics, 2 videos n a child of my own I play with." TAYLOR sent J.W. a video depicting a female child naked from the waist up with her hands covering her chest. The correspondence between TAYLOR and J.W. continued as follows:

| | |
|---|---|
| J.W.: | Got any links? Or wanna see my kid? |
| TAYLOR: | I have links. And yes. |
| J.W.: | I'll start with her shower at 8[.] But I want good stuff from you this is real live shit |

J.W. then sent TAYLOR an image depicting a minor female who appears to be sleeping and a male using his left hand to hold his penis next to the child's mouth. The correspondence continued as follows:

| | |
|---|---|
| J.W.: | Her[.] you'll see much more[.] She's 9[.] I usually cum on her live |
| TAYLOR: | She willing or no? And step kid? I'll send some more stuff for you. |
| J.W.: | Step kid n she likes to show her ass[.] Her pussy stretches good[.] Send good stuff man |

J.W. then sent TAYLOR an image depicting a minor female sitting on a bed with the same bedding shown in the prior image. Kik indicated that this second image was a "live" image taken

3

contemporaneously through use of Kik's camera function. J.W. explained his use of a "live" image, stating, "So you know she's real." J.W. later stated that he had a "private collection of just my kids," to which TAYLOR responded, "Have her strip lol [laughing out loud.]" When J.W. requested more images, TAYLOR responded, "If i send another i want you to have her strip," and then specified, "The kid thats with you lol. Have her strip and you vid it." J.W. responded that he would "try."

TAYLOR then sent J.W. a link to a child pornography video file **8555557.mp4**, which was stored in TAYLOR's cloud storage account with Dropbox. The video is approximately five minutes long and begins with a close-up view of the genitalia of a prepubescent female child. The child victim is naked from the waist down, and her legs are spread. An adult male is shown standing between the legs of the child victim. The adult rubs his erect penis against the child's vagina and then inserts his erect penis into the child's anus.

TAYLOR continued to request images of the girl with J.W., proposing that he "take a vid of her lifting her shirt and pulling down her pants. I wanna see all of her lol[.]" TAYLOR asked for videos of the child in the shower "showing you ass and tits and pussy right now." TAYLOR and J.W. discussed J.W. having sex with the children living with him, and TAYLOR continued to request nude images of the girl shown in prior images, promising J.W. more links to child pornography. J.W. stated that he would try to obtain images of the girl, to which TAYLOR responded, "Try realllly hard haha."

### III. Possession and Transportation of Child Pornography

In 2017, TAYLOR maintained digital collections of child pornography in multiple cloud storage accounts and electronic devices.

In November and December 2017, TAYLOR held a cloud storage account with Dropbox (based in the State of California) and used his Dropbox account to store at least approximately 90 videos and 20 still images of child pornography, as well as other videos and images of child nudity. For example, TAYLOR added the two following files (among numerous other child pornography files) to his the Dropbox account on November 29, 2017, within a folder labeled "All the Hoes" and a subfolder "Real cp vids":

- **IMG_8774.mov** is a video that is approximately one minute long and depicts a close-up of a prepubescent female's genitalia being penetrated by an erect penis.

- **IMG_8836.mov** is a video that is approximately 50 seconds long and depicts a prepubescent female naked from the waist down. Her legs are spread and an adult male is performing oral sex on the child victim.

4

In addition, TAYLOR began using a cloud storage account with Mega (based in New Zealand) on or about August 1, 2017, and used the account to store at least three videos of child pornography within a folder labeled "boys." The videos involved male children (including prepubescent boys) engaging in sexually explicit conduct, including, for example, the following file:

- **20151113-WA0075.mp4** is a video that is about 7 minutes long and begins with a banner stating, "13yo [boy's name] and his 10yo brother [boy's name] from US play with me late on a Saturday night at their dads house, near the end of summer." The video depicts two naked minor males (one prepubescent) engaging in various sex acts, such as oral sex, anal sex, and masturbation.

On December 6, 2017, law enforcement executed a federal search warrant at TAYLOR's residence and seized several electronic devices. Through forensic examination, the following devices were found to contain files of child pornography and/or child nudity:

(a) LG cellular telephone, IMEI: 355140080696136;
(b) Compaq Presario laptop computer, model: CQ60, s/n: 2CE0140M3V;
(c) Asus laptop computer, model: X555L, s/n: F9N0CV608427397;
(d) Samsung Galaxy Tablet 3, SM-T217S, 16GB;
(e) 2GB microSD card with Sandisk adapter; and
(f) PNY Premium SDHC 4GB SD card.

Specifically, TAYLOR's LG cell phone was found to contain numerous files of child pornography, including the following:

- **AKR3iljZ.jpg** is an image file depicting a prepubescent female wearing only thigh-high black stockings. The child victim is lying on her back with her arms above her head tied together with yellow rope. Her legs are spread, and a rope is tied around each of her legs (tying each thigh to the calf). The child victim's genitalia is exposed.

Apps for Kik, Dropbox, and Mega were also found installed on TAYLOR's cell phone and provided access to his accounts. The Kik app revealed more than 700 conversations via Kik.

TAYLOR's Compaq Presario laptop computer was found to contain approximately 200 videos and more than 200 still images of suspected child pornography, including the following file:

- **1E6944EA22DF17A664A5F72F54ED1C50B407275B.jpg** is an image file that depicts an adult female with her left hand and mouth on a prepubescent male's erect penis.

TAYLOR's Asus laptop computer was found to contain approximately 50 videos and more than 400 still images of suspected child pornography, including the following file:

- **1A20D991F0B8B5B60728102426D9BA55BB5185.jpg** is an image file that depicts a prepubescent female with an erect penis in her mouth. The child victim is holding the erect penis with her right hand.

The LG cell phone, Compaq Presario laptop computer, and Asus laptop computer were each manufactured outside the State of Maryland and traveled to Maryland in commerce.

SO STIPULATED:

_/s/_ _[signature]_
Matthew J. Maddox
Assistant United States Attorney

_[signature]_
Keith Edward Taylor
Defendant

_[signature]_
T. Wray McCurdy, Esq.
Counsel for Defendant